

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-15-00111-CV

| | | |
|---|---|---|
| Azle Manor, Inc. | § | From the 48th District Court |
| | § | of Tarrant County (048-260807-12) |
| v. | | |
| | § | December 22, 2016 |
| Patty Patterson and Pamela Beavers, Individually and as Representatives of the Estate of Mary Ann Davis, Deceased | § | Opinion by Justice Dauphinot |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellant Azle Manor, Inc. shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Lee Ann Dauphinot_____
Justice Lee Ann Dauphinot